CLARENCE TANNER, Appellant, *v.* IMPERIAL RECREATION PARLORS, INC., Respondent.

Argued April 19, 1943; decided May 27, 1943.

*J. Irving Lynch* for appellant.

*Edward T. Boyle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.
Taking no part: LEHMAN, Ch. J., and FINCH, J.